UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH NICOLE WOLFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-00271-AGF |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before the Court on Defendant's motion to reverse and remand this Social Security disability case pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 22. (Doc. No. 10). Following a hearing on Plaintiff's application for benefits, an Administrative Law Judge (ALJ) found that Plaintiff was not disabled. After the Appeals Council denied review, the decision of the ALJ became the final decision of the Commissioner, and Plaintiff sought judicial review of the adverse ruling.

The Commissioner now reports that agency counsel has determined that remand is necessary for further evaluation of Plaintiff's claim. The Commissioner advises that, upon remand by the Court, the ALJ should issue a new decision that properly evaluates medical opinion evidence. Plaintiff has not opposed the Commissioner's motion to remand, and the time to do so has passed.

Sentence four of 42 U.S.C. § 405(g) provides that upon judicial review, "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a

judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Court concludes that the Commissioner's motion should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand the case is **GRANTED.** (Doc. No. 10).

**IT IS FURTHER ORDERED** that all other pending motions are **DISMISSED as moot**.

A Judgment shall accompany this Order.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 11th day of July, 2022.